IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA  Plaintiff,  vs.  NELSON REINA LOPEZ  Defendant. | 4:25MJ3022  ORDER ISSUED PURSUANT TO THE DUE PROCESS PROTECTION ACT |

This matter came before the Court for Initial Appearance on a Complaint. The government was represented by John E. Higgins. The defendant was present and represented by Korey L. Reiman.

IT IS ORDERED:

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

DATED: February 10, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge